| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>**Dale K. Galipo**<br>**Renee V. Masongsong**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd., Suite 310**<br>**Woodland Hills, CA 91367**<br>**Tel: 818.347.3333 / Fax: 818.347.4118** | |
| ATTORNEY(S) FOR: Plaintiffs, Richard Willcox, et al. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX, et al.<br><br>Plaintiff(s),<br>v.<br>COUNTY OF LOS ANGELES, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs, Richard Willcox and Kathleen Rosas_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Richard Willcox | Plaintiff |
| Kathleen Rosas | Plaintiff |
| County of Los Angeles | Defendant |
| Sergio Aloma | Defendant |
| Robert Luna | Defendant |
| Deputy Quiroz (#617296) | Defendant |
| Deputy Guerrero (#6526468) | Defendant |
| Deputy Jimenez (#659993) | Defendant |
| Sergeant Sanchez (#514312) | Defendant |
| Deputy Gurrola (#629159) | Defendant |
| Deputy Rios (#661762) | Defendant |
| Sergeant Ohandjanaian (#466327) | Defendant |

| | |
|---|---|
| October 11, 2024 | s/ Dale K. Galipo |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, Richard Willcox and Kathleen Rosas