1 | **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2 | dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
3 | Woodland Hills, CA 91367
Tel: (818) 347-3333
4 | Fax: (818) 347-4118

5 | **LAW OFFICE OF DARRELL J. YORK**
Darrell J. York (SBN 145601)
6 | djylaw@gmail.com
299 S. Main Street, 13th Floor
7 | Salt Lake City, UT 84111
Tel: (661) 478-9640

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successors in interest to Ryan WILLCOX, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF SERGIO ALOMA; SHERIFF ROBERT LUNA; LOS ANGELES COUNTY SHERIFF'S DEPUTY QUIROZ (#617296); LOS ANGELES COUNTY SHERIFF'S DEPUTY GUERRERO (#656468); LOS ANGELES COUNTY SHERIFF'S DEPUTY JIMENEZ (#659993); LOS ANGELES COUNTY SHERIFF'S SERGEANT SANCHEZ (#514312); LOS ANGELES COUNTY SHERIFF'S DEPUTY GURROLA (#629159); LOS ANGELES COUNTY SHERIFF'S DEPUTY RIOS (#661762); LOS ANGELES COUNTY SHERIFF'S SERGEANT OHANDJANIAN (#466327); and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:24-cv-08790 SB (MARx)<br><br>*[Hon. Stanley Blumenfeld, Jr.]*<br>*[Magistrate Judge, Margo A. Rocconi]*<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiff hereby submits his proof of service of the summons, complaint, and other documents on Defendant Sergeant Ohandjanian, (attached hereto as Exhibit "A") respectively.

DATED:  January 13, 2025   LAW OFFICES OF DALE K. GALIPO

By: */s/ Renee V. Masongsong*
_____
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs*

# EXHIBIT A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Dale K. Galipo (SBN 144074)<br>Renee V. Masongsong (SBN 281819)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; rvalentine@galiolaw.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|

# UNITED STATES DISTRICT COURT
STREET ADDRESS:<br>
CITY AND ZIP CODE:<br>
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: RICHARD WILLCOX and KATHLEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased<br>DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES; et al. | CASE NUMBER:<br>2:24-cv-08790 - SB (MARx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2397372M |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: CIVIL COVER SHEET; STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE STANLEY BLUMENFELD, JR.; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
3. a. Party served *(specify name of party as shown on documents served)*:
   **SERGEANT OHANDJANIAN (#466327)**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Jose Velasquez, Deputy, authorized person to accept service of process on behalf of Sergeant Ohandjanian (#466327)**
4. Address where the party was served: **450 Bauchet Street**
   **Los Angeles, CA 90012**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **12/27/2024**   (2) at *(time)*: **10:45 AM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use<br>
Judicial Council of California<br>
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>
POS010-1/2397372

| | |
|---|---|
| Plaintiff: RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased<br>Defendant: COUNTY OF LOS ANGELES; et al. | CASE NUMBER:<br>2:24-cv-08790 - SB (MARx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on (date):   (2) from (city):

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                                      ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
   a. Name: **Paul Mendez-Sierra - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 107.25**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner    ☑ employee    ☐ independent contractor.
          (ii) Registration No.: **202249959**
          (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **1/2/2025**

| | |
|---|---|
| **Paul Mendez-Sierra**<br>(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | ▶ *[signature]*<br>(Signature - Per CC §1633.7) |