Jill Williams - SBN: 230931
Alexander S. Rynerson - SBN: 329956
CARPENTER, ROTHANS & DUMONT LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD WILLCOX, et al.<br><br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cv-08790-SB-MAR<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Proposed Order to Defendants' Motion to Dismiss Portions of Plaintiff's Complaint for Damages [Dkt. 20]

**Reason:**

☐ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☑ Other:

Defendants inadvertently forgot to file the Proposed Order to Motion to Dismiss Portions of Plaintiff's Complaint [Dkt. 20]

January 21, 2025
Date

Alexander S. Rynerson
Attorney Name

Defendants
Party Represented

*Note:    File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING