1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-08790-SB-MAR<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Date:　　　February 21, 2025<br>Time:　　　8:30 a.m.<br>Courtroom:　6C |

　　IT IS HEREBY ORDERED that the Motion to Dismiss Portions of the Complaint for Damages filed by Defendants County of Los Angeles, Robert Luna, Sergeant Sanchez, and Deputy Gurrola, is GRANTED as follows:

///

///

1

1.     Plaintiffs' Claims under 42 U.S.C. § 1983 as against Robert Luna and Sergio Aloma fail to state a claim upon which relief can be granted. This Motion is therefore GRANTED as to said Claims [with/without] leave to amend.

2.     All of Plaintiffs' Claims as against Robert Luna and Sergio Aloma fail to state a claim upon which relief can be granted. This Motion is therefore GRANTED as to said Claims [with/without] leave to amend.

3.     Plaintiffs' Claims under 42 U.S.C. § 1983 fail to state a claim upon which relief can be granted as Plaintiff has failed to sufficiently allege the personal involvement of each individual Defendant in the alleged constitutional violations. This Motion is therefore GRANTED as to said Claims [with/without] leave to amend.

4.     Plaintiff's Claims 6-9, brought under color of state law, as against Robert Luna and Sergio Aloma, fail to state a claim upon which relief can be granted. This Motion is therefore GRANTED as to said Claims [with/without] leave to amend.

5.     Plaintiff's 7th Claim for Medical/Professional Malpractice under state law, fails to state a claim upon which relief can be granted. This Motion is therefore GRANTED as to said Claim [with/without] leave to amend.

6.     Plaintiff's 8th Claim for Failure to Summon Medical Care under state law, fails to state a claim upon which relief can be granted. This Motion is therefore GRANTED as to said Claim [with/without] leave to amend.

7.     Plaintiff's 9th Claim for Violation of the Tom Bane Act fails to state a claim upon which relief can be granted. This Motion is therefore GRANTED as to said Claims [with/without] leave to amend.

SO ORDERED.

Dated: _____

                              Hon. Stanley Blumenfeld, Jr.
                              United States District Court Judge