1 | **JILL WILLIAMS-STATE BAR NO. 221793**
**ALEXANDER S. RYNERSON-STATE BAR NO. 329956**
**CARPENTER, ROTHANS & DUMONT LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (Fax)
JWilliams@CRDLaw.com; ARynerson@CRDLaw.com

Attorneys for Defendants,
COUNTY OF LOS ANGELES, ROBERT LUNA, SERGEANT SANCHEZ, and DEPUTY GURROLA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08790-SB-MAR<br><br>**NOTICE OF INTERESTED PARTIES** |

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants COUNTY OF LOS ANGELES, ROBERT LUNA, SERGEANT SANCHEZ, and DEPUTY GURROLA, certifies that the following individuals may have a pecuniary interest in the outcome of this case. These representations are made pursuant to Local Rule 7.1-1 to enable the Court to evaluate any possible disqualifications or recusals.

| **Plaintiffs:**<br>RICHARD WILLCOX, individually and as successor in interest to RYAN WILLCOX<br><br>KATHLEEN ROSAS, individually and as successor in interest to RYAN WILLCOX | **Plaintiffs' Counsel:**<br>Dale K. Galipo<br>Renee V. Masongsong<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>818.347.3333<br>dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com |
|---|---|
| **Defendants:**<br>COUNTY OF LOS ANGELES<br>ROBERT LUNA<br>SERGEANT SANCHEZ<br>DEPUTY GURROLA | **Defense Counsel:**<br>Jill Williams<br>Alexander s. Rynerson<br>CARPENTER, ROTHANS & DUMONT LLP<br>500 S. Grand Avenue, 19th Floor<br>Los Angeles, CA 90071<br>213.228.0400<br>JWilliams@CRDLaw.com<br>ARynerson@CRDLaw.com |

DATED:  January 21, 2025　　　　　CARPENTER, ROTHANS & DUMONT LLP


By:　/s/ *Alexander S. Rynerson*
　　　JILL WILLIAMS
　　　ALEXANDER S. RYNERSON
　　　Attorneys for Defendants
　　　COUNTY OF LOS ANGELES, ROBERT LUNA, SERGEANT SANCHEZ, and DEPUTY GURROLA