**JILL WILLIAMS-STATE BAR NO. 221793**
**ALEXANDER S. RYNERSON-STATE BAR NO. 329956**
**CARPENTER, ROTHANS & DUMONT LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (Fax)
JWilliams@CRDLaw.com; ARynerson@CRDLaw.com

Attorneys for Defendants,
COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ; DEPUTY GUERRERO; DEPUTY JIMENEZ; SERGEANT SANCHEZ; DEPUTY GURROLA; DEPUTY RIOS; SERGEANT OHANDJANIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08790-SB-MAR<br><br>**NOTICE OF JOINDER AND JOINDER BY ALL DEFENDANTS TO MOTION TO DISMISS PORTIONS OF THE COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Date:             February 21, 2025<br>Time:            8:30 a.m.<br>Courtroom:   6C |

PLEASE TAKE NOTICE that Defendants SERGIO ALOMA, DEPUTY QUIROZ, DEPUTY GUERRERO, DEPUTY JIMENEZ, DEPUTY RIOS, and SERGEANT OHANDJANIAN hereby join in the Motion to Dismiss filed by Defendants COUNTY OF LOS ANGELES, ROBERT LUNA, SERGEANT SANCHEZ, and DEPUTY GURROLA. [Dkt. 20].

-1-

# JOINDER

Defendants SERGIO ALOMA, DEPUTY QUIROZ, DEPUTY GUERRERO, DEPUTY JIMENEZ, DEPUTY RIOS, and SERGEANT OHANDJANIAN hereby join in the factual and legal arguments, and legal authority, set forth in Defendants COUNTY OF LOS ANGELES', ROBERT LUNA'S, SERGEANT SANCHEZ'S, and DEPUTY GURROLA'S Motion to Dismiss Portions of the Complaint [Dkt. 20], presently set for hearing on February 21, 2025 at 8:30 a.m., and respectfully request that this Court issue an order granting the Motion in their favor.

DATED: January 21, 2025            CARPENTER, ROTHANS & DUMONT LLP


                    By:   /s/ *Alexander S. Rynerson*
                          JILL WILLIAMS
                          ALEXANDER S. RYNERSON
                          Attorneys for all Defendants