JILL WILLIAMS-STATE BAR NO. 221793
ALEXANDER S. RYNERSON-STATE BAR NO. 329956
CARPENTER, ROTHANS & DUMONT LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (Fax)
JWilliams@CRDLaw.com; ARynerson@CRDLaw.com

Attorneys for Defendants,
COUNTY OF LOS ANGELES, ROBERT LUNA, SERGEANT SANCHEZ, and DEPUTY GURROLA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08790-SB-MAR<br><br>**FIRST AMENDED NOTICE OF INTERESTED PARTIES** |

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants COUNTY OF LOS ANGELES, SERGIO ALOMA, ROBERT LUNA, DEPUTY QUIROZ, DEPUTY GUERRERO, DEPUTY JIMENEZ, SERGEANT SANCHEZ, DEPUTY GURROLA, DEPUTY RIOS, SERGEANT OHANDJANIAN, certifies that the following individuals may have a pecuniary interest in the outcome of this

case. These representations are made pursuant to Local Rule 7.1-1 to enable the Court to evaluate any possible disqualifications or recusals.

| **Plaintiffs:**<br>RICHARD WILLCOX, individually and as successor in interest to RYAN WILLCOX<br><br>KATHLEEN ROSAS, individually and as successor in interest to RYAN WILLCOX | **Plaintiffs' Counsel:**<br>Dale K. Galipo<br>Renee V. Masongsong<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>818.347.3333<br>dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com |
|---|---|
| **Defendants:**<br>COUNTY OF LOS ANGELES<br>SERGIO ALOMA<br>ROBERT LUNA<br>DEPUTY QUIROZ<br>DEPUTY GUERRERO<br>DEPUTY JIMENEZ<br>SERGEANT SANCHEZ<br>DEPUTY GURROLA<br>DEPUTY RIOS<br>SERGEANT OHANDJANIAN | **Defense Counsel:**<br>Jill Williams<br>Alexander s. Rynerson<br>CARPENTER, ROTHANS & DUMONT LLP<br>500 S. Grand Avenue, 19th Floor<br>Los Angeles, CA 90071<br>213.228.0400<br>JWilliams@CRDLaw.com<br>ARynerson@CRDLaw.com |

DATED: January 21, 2025          CARPENTER, ROTHANS & DUMONT LLP


By:   /s/ *Alexander S. Rynerson*
      JILL WILLIAMS
      ALEXANDER S. RYNERSON
      Attorneys for Defendants
      COUNTY OF LOS ANGELES, ROBERT LUNA, SERGEANT SANCHEZ, and DEPUTY GURROLA

FIRST AMENDED NOTICE OF INTERESTED PARTIES