JILL WILLIAMS-STATE BAR NO. 221793
ALEXANDER S. RYNERSON-STATE BAR NO. 329956
CARPENTER, ROTHANS & DUMONT LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (Fax)
JWilliams@CRDLaw.com; ARynerson@CRDLaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>　　　　Plaintiffs.<br><br>　v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-08790-SB-MAR<br><br>**STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND SCHEDULING CONFERENCE** |

　　1.　The Complaint for Damages was filed on October 11, 2024. [Dkt. 1]. On and after December 24, 2024, the Complaint was served upon Defendants. [Dkt. 11-19].

　　2.　On January 20, 2025, pursuant to the agreement of the Parties, Defendants filed a Motion to Dismiss Portions of the Complaint, which is presently set for hearing on February 21, 2025. [Dkt. 20]. That date was selected for the

-1-

1  hearing of the defendants' Motion to Dismiss because second chair counsel
2  Alexander Rynerson was planning on attending the hearing.
3       3.    On January 21, 2025, the Court set a FRCP Rule 26(f) scheduling
4  conference which is also set for February 21, 2025. [Dkt. 21].
5       4.    The Standing Order for Civil Cases assigned to this Court requires that
6  lead counsel be present for all hearings set by the Court, including the Rule 26(f)
7  scheduling conference. <u>Standing Order for Civil Cases Assigned to Judge Stanley
8  Blumenfeld, Jr.</u>, § 1.b.
9       5.    Lead counsel for Defendants, Jill Williams, will not be present in Los
10 Angeles on February 21, 2025, due to a pre-paid vacation.  Moreover, lead counsel
11 for Plaintiffs, Dale K. Galipo, and second chair counsel Renee Masongsong will be
12 engaged in a trial beginning on February 18, 2025 in the matter of <u>Lennox v. City of
13 Sacramento</u>, (E.D. Cal.) 2:21-cv-02075-DAD-CSK.  Counsel for Plaintiffs will also
14 be engaged in trial beginning on March 11, 2025 in the matter of <u>Lewis, Jr., et al. v.
15 Kern County, et al.</u>, E.D. Cal.) 1:21-cv-00378-KES-CDB.
16      THEREFORE, in consideration of the foregoing, the Parties agree that the
17 Scheduling Conference and Motion to Dismiss set for February 21, 2025, should be
18 continued until Friday, March 28, 2025, or as soon thereafter as is convenient for the
19 Court.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND SCHEDULING CONFERENCE

| | | |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | | |
| 3 | DATED: January 24, 2025 | CARPENTER, ROTHANS & DUMONT LLP |
| 6 | By: | /s/ Jill Williams |
| 7 | | JILL WILLIAMS<br>ALEXANDER S. RYNERSON<br>Attorneys for Defendants |
| 10 | DATED: January 24, 2025 | LAW OFFICES OF DALE K. GALIPO |
| 13 | By: | /s/ Renee V. Masongsong |
| 14 | | DALE K. GALIPO<br>RENEE V. MASONGSONG<br>Attorneys for Plaintiffs |

STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND SCHEDULING CONFERENCE