**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>　　　　Plaintiffs.<br><br>v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-08790-SB-MAR<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND SCHEDULING CONFERENCE**<br><br>[ |

　　　IT IS HEREBY ORDERED that, pursuant to the stipulation of the Parties, and good cause appearing therefrom, the Scheduling Conference previously set for February 21, 2025, is continued to _____, 2025.

///

///

1

1    IT IS FURTHER ORDERED that, pursuant to the stipulation of the Parties, and good cause appearing therefrom, Defendants' Motion to Dismiss Portions of the Complaint for Damages is continued to _____, 2025.

SO ORDERED.

Dated: _____

Hon. Stanley Blumenfeld, Jr.
United States District Court Judge