# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX, et al.<br><br>**PLAINTIFF(S)**<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>**DEFENDANT(S).** | CASE NUMBER:<br><br>2:24−cv−08790−SB−MAR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 2/10/2025 | 32 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The name and address of the attorney for plaintiff(s) must be entered in the appropriate field.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: February 23, 2025      By: /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
         Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –