1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08790-SB-MAR<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS PORTIONS OF FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Date:     March 28, 2025<br>Time:     8:30 a.m.<br>Courtroom:  6C |

   IT IS HEREBY ORDERED that the Motion to Dismiss Portions of the First Amended Complaint for Damages filed by Defendants County of Los Angeles, Deputy Quiroz, Deputy Guerrero, Deputy Jimenez, Sergeant Sanchez, Deputy Gurrola, Deputy Rios and Sergeant Ohandjanian, is GRANTED as follows:

///

1

1.  Plaintiffs' claims under 42 U.S.C. § 1983 fail to state a claim upon which relief can be granted as the First Amended Complaint does not sufficiently allege the personal involvement of each individual Defendant in the alleged constitutional violations. This Motion is therefore GRANTED as to said Claims [with/without] leave to amend.

2.  Plaintiffs' claim for supervisory liability under 42 U.S.C. § 1983 as against the Sergeant Sanchez and Sergeant Ohandjanian fails to state a claim upon which relief can be granted as the First Amended Complaint does not allege sufficient facts to plausibly state such a claim. This Motion is therefore GRANTED as to said claim [with/without] leave to amend.

3.  Plaintiffs' claim for supervisory liability under 42 U.S.C. § 1983 as against the Sergeant Sanchez and Sergeant Ohandjanian fails to state a claim upon which relief can be granted as Sergeant Sanchez and Sergeant Ohandjanian cannot be vicariously liable for the acts of their subordinates as a matter of law and Plaintiffs have not alleged sufficient facts of their involvement. This Motion is therefore GRANTED as to said claim [with/without] leave to amend.

4.  Plaintiff's claim for failure to summon medical care under state law, fails to state a claim upon which relief can be granted. This Motion is therefore GRANTED as to said Claim [with/without] leave to amend.

5.  Plaintiff's claim for Violation of the Tom Bane Act fails to state a claim upon which relief can be granted. This Motion is therefore GRANTED as to said Claims [with/without] leave to amend.

SO ORDERED.

Dated: _____

                                          Hon. Stanley Blumenfeld, Jr.
                                          United States District Court Judge

2

[PROPOSED] ORDER ON MOTION TO DISMISS FIRST AMENDED COMPLAINT