FILED
CLERK, U.S. DISTRICT COURT

February 27, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SERENA R. MURILLO | ORDER OF THE CHIEF JUDGE<br>**25-040** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Serena R. Murillo,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Stanley Blumenfeld, Jr. to the calendar of Judge Serena R. Murillo:

| | |
|---|---|
| 2:23-cv-08882-SB-ADS | Tresor Maleka Ndandu v. Alvarado, et al. |
| 2:24-cv-03193-SB-AGRx | SBCW Consulting Inc v. TSYS Merchant Solutions LLC, et al. |
| 2:24-cv-06001-SB-SKx | Joseph Cruz Hernandez-Pereira v. City of Azusa, et al. |
| 2:24-cv-06603-SB-AGRx | Gregory Langadinos v. Torrance Memorial Medical Center, et al. |
| 2:24-cv-08790-SB-MAR | Richard Willcox et al v. County of Los Angeles, et al. |
| 2:24-cv-09799-SB-RAOx | Taiping Peng v. Mercedes-Benz USA, LLC, et al. |
| 2:24-cv-11053-SB-SSCx | John DM Doe v. The Church of Jesus Christ of Latter-Day Saints, et al. |
| 2:24-cv-11075-SB-SSCx | Jean Ward v. Wal-Mart Associates, Inc., et al. |
| 2:24-cv-11225-SB-Ex | Trustees of The Directors Guild of America-Producer Health Plan et al v. Red Guerrilla Entertainment, LLC |
| 2:25-cv-00137-SB-RAOx | David Cavaliere et al v. Alternative Ventures LLC |
| 2:25-cv-00247-SB-JCx | Thang Botanicals Inc. et al v. Seven Skies Inc., et al. |
| 5:24-cv-02694-SB-DTB | Kelvin Ford v. United States of America |

In the Matter of the
Creation of Calendar for
District Judge Serena R. Murillo 2

On all documents subsequently filed in the case, the Judge initials "SRM" shall be substituted after the case number in place of the initials of the prior Judge.

DATED: February 27, 2025        _____
                                Chief Judge Dolly M. Gee