**JILL WILLIAMS-STATE BAR NO. 221793**
**ALEXANDER S. RYNERSON-STATE BAR NO. 329956**
**CARPENTER, ROTHANS & DUMONT LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (Fax)
JWilliams@CRDLaw.com; ARynerson@CRDLaw.com

Attorneys for Defendants
County of Los Angeles, Deputy Quiroz, Deputy Guerrero, Deputy Jimenez, Sergeant Sanchez, Deputy Gurrola, Deputy Rios and Sergeant Ohandjanian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF LOS ANGELES; DEPUTY D. BURMAK (#676810); DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT SANCHEZ (#514312); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,,<br><br>Defendants. | Case No. 2:24-cv-08790-SRM-MAR<br><br>**STIPULATION TO SET MOTION TO DISMISS PORTIONS OF THE FIRST AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]** |

    1.    The Complaint for Damages was filed on October 11, 2024. [Dkt. 1].

    2.    Plaintiffs then filed a First Amended Complaint on February 10, 2025. [Dkt. 31.]

    3.    On February 24, 2025, Defendants filed a Motion to Dismiss Portions of the First Amended Complaint, originally set for March 28, 2025. [Dkt. 37.]

-1-

4. On February 27, 2025, the court transferred this matter from the Honorable Stanley Blumenfeld, Jr., to the Honorable Serena R. Murillo. [Dkt. 38.]

5. On March 3, 2025, the court issued a Reassignment Order which, inter alia, vacated all motion hearing dates and specified that any pending motions must be re-noticed. [Dkt. 40.]

6. On March 7, 2025, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss Portions of the First Amended Complaint, 21-days before the original hearing date of March 28, 2025. [Dkt. 41.]

7. On March 14, 2025, Defendants filed their Reply in Support of their Motion to Dismiss Portions of the First Amended Complaint, 14-days before the original hearing date of March 28, 2025. [Dkt. 42.]

THEREFORE, in consideration of the foregoing, the Parties agree and stipulate that Defendants' Motion to Dismiss Portions of the First Amended Complaint [Dkt. 37] shall now be heard on Thursday, April 10, 2025, in Courtroom 9B of the United States Courthouse for the Central District of California, Southern Division, located at 411 W. 4th Street, Santa Ana, California 92701.

The Parties further agree that this stipulation shall function as notice of the new hearing date on Defendants' Motion to Dismiss Portions of the First Amended Complaint.

///
///
///
///
///
///
///
///

SO STIPULATED.

DATED: March 14, 2025          CARPENTER, ROTHANS & DUMONT LLP

By:   /s/ *Alexander S. Rynerson*
      JILL WILLIAMS
      ALEXANDER S. RYNERSON
      Attorneys for Defendants

DATED: March 14, 2025          LAW OFFICES OF DALE K. GALIPO

By:   /s/ *Renee V. Masongsong*
      DALE K. GALIPO
      RENEE V. MASONGSONG
      Attorneys for Plaintiffs

-3-
STIPULATION TO SET MOTION TO DISMISS PORTIONS OF THE FIRST AMENDED COMPLAINT