# EXHIBIT A

## EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No.: | 2:24-cv-08790-SRM-MAR | | |
|---|---|---|---|
| Case Name: | *Willcox v. County of Los Angeles, et al.* | | |

| Matter | Plaintiff(s)' Request | Defendant(s)' Request | Court's Order |
|---|---|---|---|
| _X_ Jury Trial *or*__ Court Trial Length: 5-7 days | 6/9/2026 | 6/9/2026 | |
| Final Pretrial Conference [L.R. 16] Hearing on Motions *In Limine* | 5/22/2026 | 5/22/2026 | |
| Trial Filings (2nd Set) | 5/8/2026 | 5/8/2026 | |
| Trial Filings (1st Set) | 4/24/2026 | 4/24/2026 | |
| ADR Cutoff | 11/3/2025 | 11/3/2025 | |
| Dispositive Motion Hearing Cutoff | 3/20/2026 | 3/20/2026 | |
| Expert Discovery Cutoff | 2/9/2026 | 2/9/2026 | |
| Rebuttal expert disclosure | 1/12/2026 | 1/12/2026 | |
| Initial expert disclosure | 12/15/2025 | 12/15/2025 | |
| Fact discovery cutoff | 9/30/2025 | 9/30/2025 | |
| Last Date to Add Parties or Amend Pleadings | 6/12/2025 | 6/12/2025 | |

ADR [L.R. 16-15] Settlement Choice:

    _X_    Attorney Settlement Officer Panel

    ____    Private Mediation

    ___    Magistrate Judge