JILL WILLIAMS - State Bar No. 221793
ALEXANDER S. RYNERSON – State Bar No. 329956
CARPENTER, ROTHANS & DUMONT LLP
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400 / (213) 228-0401 (Fax)
jwilliams@crdlaw.com / arynerson@crdlaw.com

Attorneys for Defendants,
County of Los Angeles, Deputy D. Burmak, Deputy Quiroz, Deputy Guerrero, Deputy Jimenez, Sergeant Sanchez, Deputy Gurrola, Deputy Rios and Sergeant Ohandjanian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; DEPUTY D. BURMAK (#676810); DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT SANCHEZ (#514312); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08790-SRM-MAR<br><br>**NOTICE OF JOINDER AND JOINDER BY DEFENDANT DEPUTY D. BURMAK TO MOTION TO DISMISS PORTIONS OF THE FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Date:     April 10, 2025<br>Time:    8:30 a.m.<br>Courtroom: 9B |

PLEASE TAKE NOTICE that Defendant Deputy D. Burmak hereby joins in Defendants' Motion to Dismiss Portions of the First Amended Complaint. [Dkt. 37].

///

///

-1-
NOTICE OF JOINDER AND JOINDER BY DEFENDANT DEPUTY D. BURMAK TO MOTION TO DISMISS PORTIONS OF THE FIRST AMENDED COMPLAINT

# JOINDER

Defendant Deputy D. Burmak hereby joins in the factual and legal arguments, and legal authority set forth in Defendants' Motion to Dismiss Portions of the First Amended Complaint [Dkt. 37], presently requested for hearing on April 10, 2025 at 8:30 a.m., and respectfully requests that this Court issue an order granting said motion in his favor.

DATED: March 28, 2025                    CARPENTER, ROTHANS & DUMONT

By: /s/ *Alexander S. Rynerson*
JILL WILLIAMS
ALEXANDER RYNERSON
Attorneys for Defendants,
County of Los Angeles, Deputy Quiroz, Deputy Guerrero, Deputy Jimenez, Sergeant Sanchez, Deputy Gurrola, Deputy Rios and Sergeant Ohandjanian