**JILL WILLIAMS-STATE BAR NO. 221793**
**ALEXANDER S. RYNERSON-STATE BAR NO. 329956**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA 90071**
**(213) 228-0400 / (213) 228-0401 (Fax)**
**JWilliams@CRDLaw.com; ARynerson@CRDLaw.com**

Attorneys for Defendants
County of Los Angeles, Deputy Burmak, Deputy Quiroz, Deputy Guerrero,
Deputy Jimenez, Sergeant Sanchez, Deputy Gurrola,
Deputy Rios and Sergeant Ohandjanian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased, <br><br> Plaintiffs. <br><br> v. <br><br> COUNTY OF LOS ANGELES; DEPUTY D. BURMAK (#676810); DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT SANCHEZ (#514312); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,, <br><br> Defendants. | Case No. 2:24-cv-08790-SRM-MAR <br><br> **SECOND STIPULATION TO SET MOTION TO DISMISS PORTIONS OF THE FIRST AMENDED COMPLAINT** <br><br> **[Filed concurrently with a [Proposed] Order]** |

1. The Complaint for Damages was filed on October 11, 2024. [Dkt. 1].

2. Plaintiffs then filed a First Amended Complaint on February 10, 2025. [Dkt. 31.]

3. On February 24, 2025, Defendants filed a Motion to Dismiss Portions of the First Amended Complaint, originally set for March 28, 2025. [Dkt. 37.]

-1-

4.     On February 27, 2025, the court transferred this matter from the Honorable Stanley Blumenfeld, Jr., to the Honorable Serena R. Murillo. [Dkt. 38.]

5.     On March 3, 2025, the court issued a Reassignment Order which, inter alia, vacated all motion hearing dates and specified that any pending motions must be re-noticed. [Dkt. 40.]

6.     On March 7, 2025, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss Portions of the First Amended Complaint, 21-days before the original hearing date of March 28, 2025. [Dkt. 41.]

7.     On March 14, 2025, Defendants filed their Reply in Support of their Motion to Dismiss Portions of the First Amended Complaint, 14-days before the original hearing date of March 28, 2025. [Dkt. 42.]

8.     On March 14, 2025, the Parties filed a Stipulation to Reset Motion to Dismiss Portions of the First Amended Complaint, which sought to specially set the hearing on said motion for April 10, 2025. [Dkt. 43].

9.     To date, the Court has not ruled upon the Parties' original stipulation, and the April 10, 2025, hearing date is no longer available.

THEREFORE, in consideration of the foregoing, the Parties agree, stipulate, and respectfully request that the Court specially set Defendants' Motion to Dismiss Portions of the First Amended Complaint [Dkt. 37] for Thursday, July 10, 2025, at 1:30 p.m., in Courtroom 9B of the United States Courthouse for the Central District of California, Southern Division, located at 411 W. 4th Street, Santa Ana, California 92701.

The Parties further agree and respectfully request that this Stipulation and/or the Corut's Order shall serve as notice of the new hearing date on Defendants' Motion to Dismiss Portions of the First Amended Complaint.

///
///

SECOND STIPULATION TO SET MOTION TO DISMISS PORTIONS OF THE FIRST AMENDED COMPLAINT

1      SO STIPULATED.

2

3   DATED:  April 4, 2025          CARPENTER, ROTHANS & DUMONT LLP

4

5

6                                 By:    /s/ *Alexander S. Rynerson*
                                         JILL WILLIAMS
7                                        ALEXANDER S. RYNERSON
                                         Attorneys for Defendants
8

9

10  DATED:  April 4, 2025          LAW OFFICES OF DALE K. GALIPO

11

12

13                                By:    /s/ *Renee V. Masongsong*
                                         DALE K. GALIPO
14                                       RENEE V. MASONGSONG
                                         Attorneys for Plaintiffs
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

SECOND STIPULATION TO SET MOTION TO DISMISS PORTIONS OF THE
FIRST AMENDED COMPLAINT