UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF LOS ANGELES; DEPUTY D. BURMAK (#676810); DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT SANCHEZ (#514312); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,,<br><br>Defendants. | Case No. 2:24-cv-08790-SRM-MAR<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO SET MOTION TO DISMISS PORTIONS OF THE FIRST AMENDED COMPLAINT [ECF NO. 48]** |

On April 4, 2025, the Parties filed a Second Stipulation to set Motion to Dismiss Portions of the First Amended Complaint following reassignment of this matter before the Honorable Serena R. Murillo, District Judge presiding over Courtroom B of the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA 92701.

Due to the vacating of all pending hearing dates at the time of reassignment to this Court pursuant its Reassignment Order [ECF No. 40], Defendants' Motion to Dismiss Portions of the First Amended Complaint [ECF No. 37], originally set to be heard on March 28, 2025, was removed from the Court's law and motion calendar. All briefing was completed relative to the original hearing date of March 28, 2025 [ECF Nos. 37, 41, 42].The Parties then filed the first Stipulation to set Motion to Dismiss Portions of the First Amended Complaint on April 10, 2025 [ECF No. 43]. However, as of the date of filing this Stipulation, the matter is not on the Court's law and motion calendar.

The Parties now request by way of this Stipulation that the Court reset this motion for hearing on July 10, 2025, at 1:30 p.m. in Department B of the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA 92701.

The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' Motion to Dismiss Portions of the First Amended Complaint [ECF No. 37] shall be heard on _____, 2025;

2. This Order shall serve as Notice of the reset hearing on Defendants' Motion to Dismiss Portions of the First Amended Complaint.

3. No further briefing is required or permitted unless so ordered by the Court.

**IT IS SO ORDERED.**

Dated:

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE