Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Darrell J. York (SBN 145601)
djylaw@gmail.com
**LAW OFFICE OF DARRELL J. YORK**
299 S. Main Street, 13th Floor
Salt Lake City, UT 84111
Tel: (661) 478-9640

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:24-cv-08790-SRM-MAR<br><br>*Assigned to*:<br>Hon. District Judge Serena R. Murillo<br>Hon. Mag. Judge Margo A. Rocconi<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE DATES PENDING SETTLEMENT CONSUMMATION** |

COME NOW Plaintiffs, RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased, along with Defendants, COUNTY OF LOS ANGELES; DEPUTY D. BURMAK (#676810); DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT SANCHEZ (#514312); SERGEANT OHANDJANIAN (#466327) (collectively, "the Parties"), and hereby make the following notice and request:

---
1
NOTICE OF CONDITIONAL SETTLEMENT

1. On June 18, 2025, the Parties participated in a mediation with the Honorable Joseph Biderman. The mediation was successful, and the Parties agreed to a conditional settlement of this entire action.

2. The settlement is contingent upon approval by the Los Angeles County Claims Board and the County of Los Angeles Board of Supervisors. Defendants estimate that the settlement approval process could take 12 months or more.

3. The Parties jointly stipulate and request that this Court vacate all dates in this case pending settlement consummation, including the hearing on Defendants' Motion to Dismiss set for July 10, 2025, as well as the Scheduling Conference set for July 24, 2025.

4. The Parties agree to file a status report within six months to advise the Court of any updates in the approval process.

Dated: June 25, 2025

LAW OFFICES OF DALE K. GALIPO
LAW OFFICE OF DARRELL J. YORK

*s/ Dale K. Galipo*
Dale K. Galipo
Renee V. Masongsong
Darrell J. York
Attorneys for Plaintiffs

Dated: June 25, 2025

CARPENTER, ROTHANS & DUMONT

By *s/ Jill Williams*
Jill Williams, Esq.
Attorneys for Defendants