1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased, <br><br>        Plaintiffs. <br><br>      v. <br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive, <br><br>        Defendants. | Case No. 2:24-cv-08790-SRM-MAR <br><br>**[Proposed] ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT** <br><br><u>Current Status Conference</u> <br>Date: January 7, 2026 <br>Time: 1:30 p.m. <br><br><u>Cont. Status Conference</u> <br>Date: July 8, 2026 <br>Time: 1:30 p.m. |

IT IS HEREBY ORDERED, following stipulation of counsel, that the status conference for January 7, 2026 (Dkt. 56), at 1:30 p.m. is continued to July 8, 2026.

-1-

[Proposed] ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT

1    IT IS SO ORDERED.

2

3    DATED: _____

4                                    Honorable Serena R. Murillo
                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] ORDER CONTINUING STATUS CONFERENCE RE
SETTLEMENT