UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>   Defendants. | Case No. 2:24-cv-08790-SRM-MAR<br><br>**ORDER STRIKING STIPULATION TO CONTINUE STATUS CONFERENCE RE SETTLEMENT [57]** |

   On December 22, 2025, Defendants filed a stipulation to continue the status conference from January 7, 2026, to July 8, 2026. Dkt. 57. On June 18, 2025, the parties agreed to settle pending approval by the County of Los Angeles. *Id* at 1. The settlement approval process is expected to take approximately six more months. *Id*. at 2.

   Stipulations are binding only if they are made in open court, on the record at a deposition, or filed with the court and approved by the Judge. *See* C.D. Cal. R. 7-1. Written stipulations affecting the progress of a case have two requirements: (1) it must be accompanied by a proposed order, pursuant to Local Rule 52-4.1, and (2) signed by counsel for each party who has appeared in the action and is affected by the stipulation. *Id*.

1. The filing appears to be a joint stipulation, but Defendants are the only party that signed the stipulation. *See* Dkt. 57 at 2. The stipulation lacks any indication that Plaintiff is agreeing to this continuation. Defendants' attorneys are solely listed on the heading of the pleading. Thus, the stipulation does not comply with the signature requirements. Accordingly, the Court **STRIKES** the Stipulation for failing to conform with the Local Rules.

**IT IS SO ORDERED.**

Dated: 12/29/2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE