1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,

            Plaintiffs.

      v.

COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,

            Defendants.

    ) Case No. 2:24-cv-08790-SRM-MAR
    )
    ) **[Proposed] ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT**
    )
    ) <u>Current Status Conference</u>
    ) Date:  January 7, 2026
    ) Time:  1:30 p.m.
    )
    ) <u>Cont. Status Conference</u>
    ) Date: July 8, 2026
    ) Time: 1:30 p.m.

      IT IS HEREBY ORDERED, following stipulation of counsel, that the status conference for January 7, 2026 (Dkt. 56), at 1:30 p.m. is continued to July 8, 2026.

-1-

1      IT IS SO ORDERED.

2

3  DATED: _____

4                                Honorable Serena R. Murillo
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] ORDER CONTINUING STATUS CONFERENCE RE
SETTLEMENT