# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08790-SRM-MAR<br><br>**ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT**<br><br>Current Status Conference<br>Date: January 7, 2026<br>Time: 1:30 p.m.<br><br>Cont. Status Conference<br>Date: July 8, 2026<br>Time: 1:30 p.m. |

IT IS HEREBY ORDERED, following stipulation of counsel, that the status conference for January 7, 2026 (Dkt. 56), at 1:30 p.m. is continued to July 8, 2026 at 1:30 p.m.

IT IS SO ORDERED.

DATED: December 30, 2025

_____
Hon. Serena R. Murillo
United States District Judge