# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,<br><br>    Plaintiffs.<br><br>    v.<br><br>COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-08790-SRM-MAR<br><br>**[Proposed] ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT**<br><br><u>Current Status Conference</u><br>Date:  July 8, 2026<br>Time:  1:30 p.m.<br><br><u>Cont. Status Conference</u><br>Date: January 13, 2027<br>Time: 1:30 p.m. |

IT IS HEREBY ORDERED, following stipulation of counsel, that the status conference for July 8, 2026 (Dkt. 60), at 1:30 p.m. is continued to January 13, 2027.

-1-

IT IS SO ORDERED.

DATED: _____        _____
                              Honorable Serena R. Murillo
                              United States District Judge

-2-

[Proposed] ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT