**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHARD WILLCOX and KATHLEEN ROSAS, in each case individually and as successor in interest to Ryan WILLCOX, deceased,

        Plaintiffs.

      v.

COUNTY OF LOS ANGELES; SERGIO ALOMA; ROBERT LUNA; DEPUTY QUIROZ (#617296); DEPUTY GUERRERO (#656468); DEPUTY JIMENEZ (#659993); SERGEANT SANCHEZ (#514312); DEPUTY GURROLA (#629159); DEPUTY RIOS (#661762); SERGEANT OHANDJANIAN (#466327); and DOES 1-10, inclusive,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:24-cv-08790-SRM-MAR

**ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT**

Current Status Conference
Date:  July 8, 2026
Time:  1:30 p.m.

Cont. Status Conference
Date: January 13, 2027
Time: 1:30 p.m.

    IT IS HEREBY ORDERED, following stipulation of counsel, that the status conference for July 8, 2026 (Dkt. 60), at 1:30 p.m. is continued to January 13, 2027 at 1:30 p.m.

    IT IS SO ORDERED.

DATED:  July 6, 2026

_____
Hon. Serena R. Murillo
United States District Judge

-1-

ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT